FILED '09 FEB 26 16:18 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GWEN PLOTTS, )
 )
        Plaintiff, )
 ) Civil No. 07-1604-TC
v. )
 ) ORDER
MICHAEL J. ASTRUE, Commissioner )
of Social Security, )
 )
        Defendant. )
 )

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on February 13, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's final decision is affirmed.

DATED this 26th day of February, 2009.

_____
United States District Judge

2   - ORDER